UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>AEREOKILLER LLC, et al.<br><br>Defendants. | Civil Action No.  1:13-cv-00758-RMC<br>Hon. Rosemary M. Collyer |

## MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR HEARING

Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, Fox Broadcasting Company, NBC Subsidiary (WRC-TV) LLC, NBC Studios LLC, Universal Network Television, LLC, Open 4 Business Productions LLC, Telemundo Network Group LLC, American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., CBS Studios Inc., Allbritton Communications Company, and Gannett Co., Inc. (collectively, "Plaintiffs") respectfully move this Court pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1 for a preliminary injunction.  A Proposed Order is attached.

For the reasons set forth in the accompanying Memorandum of Points and Authorities (with supporting declarations and exhibits), Plaintiffs seek a preliminary injunction prohibiting defendants FilmOnX LLC (formerly known as Aereokiller LLC), FilmOn.TV Networks, Inc., FilmOn.TV, Inc., and FilmOn.Com, Inc. (collectively "Defendants") from retransmitting Plaintiffs' copyrighted television programming over the Internet without authorization and in violation of the Copyright Act.  The accompanying Memorandum establishes that the requested relief should be granted because Plaintiffs are likely to succeed on the merits of their copyright

2220971.1

infringement claims; they are likely to suffer irreparable harm in the absence of preliminary relief; the balance of equities tips in their favor; and an injunction is in the public interest.

Plaintiffs respectfully request a hearing on this Motion. Consistent with Local Rule 7(m), Plaintiffs' counsel conferred with Defendants' counsel and advised that Plaintiffs intend to file this Motion. Defendants' counsel opposes this Motion. The parties have agreed upon a proposed briefing and hearing schedule for this Motion and are submitting a stipulation setting forth their agreement concurrently with the filing of this Motion.

Dated: August 1, 2013                                            Respectfully submitted,

/s/ Paul Smith
Paul Smith (D.C. Bar No. 358870)
psmith@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Richard L. Stone (admitted *pro hac*)
rstone@jenner.com
Julie A. Shepard (admitted *pro hac*)
jshepard@jenner.com
Amy Gallegos*
agallegos@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, and Fox Broadcasting Company*

2220971.1

/s/ Robert Garrett
Robert Alan Garrett (D.C. Bar No. 239681)
Hadrian R. Katz (D.C. Bar No. 931162)
Christopher Scott Morrow
    (D.C. Bar No. 491925)
Murad Hussain (D.C. Bar No. 999278)
ARNOLD & PORTER LLP
555 12th St., NW
Washington, DC 20004
Telephone: (202) 942-5444
Facsimile: (202) 942-5999

James S. Blackburn (admitted *pro hac*)
james.blackburn@aporter.com
John C. Ulin (admitted *pro hac*)
john.ulin@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs NBC Subsidiary (WRC-TV) LLC, NBC Studios LLC, Universal Network Television LLC, Open 4 Business Productions LLC, Telemundo Network Group LLC, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Allbritton Communications Company, CBS Broadcasting Inc., CBS Studios Inc., and Gannett Co., Inc.*

\**Pro hac vice* admission to be sought