**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

———————————————————————

FOX TELEVISION STATIONS, INC., et al.

        *Plaintiffs/Counter-Defendants*,

                        v.

AEREOKILLER LLC, et al.

        *Defendants/Counter-Plaintiffs*.

———————————————————————

Civil No. 1:13-cv-00758 (RMC)

Hon. Rosemary M. Collyer

<u>**NOTICE OF DEFENDANT AEREOKILLER LLC NAME CHANGE**</u>

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

       PLEASE TAKE NOTICE THAT the name "Aereokiller LLC" should be changed in every instance in which it is used to "FilmOn X, LLC". The conformed copy of the State of Delaware Certificate of Amendment is attached hereto as Exhibit 1.

August 14, 2013                          Respectfully submitted,


By: /s/ Ryan G. Baker
    Ryan G. Baker
    BAKER MARQUART LLP
    10990 Wilshire Blvd., Fourth Floor
    Los Angeles, California 90024
    (424) 652-7811 (telephone)
    (424) 652-7850 (facsimile)
    Bar No.: 200344

    /s/ Kerry J. Davidson
    LAW OFFICE OF KERRY J. DAVIDSON
    1738 Elton Road, Suite 113
    Silver Spring, Maryland 20903
    (301) 586-9516 (telephone)
    (866) 920-1535(facsimile)
    Bar No.: 456431

    *Attorneys for Defendants and Counterclaim*
    *Plaintiffs FilmOn X, LLC, FilmOn.TV, Inc.,*
    *FilmOn.TV Networks, Inc., and FilmOn.com, Inc.*

# EXHIBIT 1

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:57 PM 06/03/2013*
*FILED 01:57 PM 06/03/2013*
*SRV 130729248 - 5184589 FILE*

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT

1.   Name of Limited Liability Company:  Aereokiller LLC

2.   The Certificate of Formation of the limited liability company is hereby amended as follows:

> The name "Aereokiller  LLC," shall be changed in every instance in which it is used to "FilmOn X, LLC."

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 31 ____ day of May _____, A.D. 2013

By: _____
                                    Authorized Person(s)

Name: Mark Cohen _____
                              Print or Type

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER MARQUART LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel. (424) 652-7800 • Fax (424) 652-7850

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 10990 Wilshire Blvd., 4th Floor, Los Angeles, CA 90024.

On August 14, 2013, I served true copies of the foregoing document described as:

### NOTICE OF DEFENDANT AEREOKILLER LLC NAME CHANGE

on the parties in this action as follows:

| | |
|---|---|
| **Ronald L. Johnston** | **Julie A. Shepard** |
| **John C. Ulin** | **Richard L. Stone** |
| **James Blackburn** | **JENNER & BLOCK LLP** |
| **ARNOLD & PORTER LLP** | **633 West 5th Street, Suite 3600** |
| **777 South Figueroa Street, 44th Floor** | **Los Angeles, CA 90071** |
| **Los Angeles, CA 90017-5844** | **jshepard@jenner.com** |
| **Ronald.Johnston@aporter.com** | **rstone@jenner.com** |
| **John.Ulin@aporter.com** | |
| **James.Blackburn@aporter.com** | |

**BY ELECTRONIC MAIL:**  On August 14, 2013, I transmitted the aforementioned documents to the email addresses listed above, from spetkov@bakermarquart.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2013, at Los Angeles, California.

Sandra Petkov