# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

_____

FOX TELEVISION STATIONS, INC., et al.

      *Plaintiffs/Counter-Defendants*,

v.

FILMON X LLC, et al.

      *Defendants/Counter-Plaintiffs*.

_____

Civil No. 1:13-cv-00758 (RMC)

Hon. Rosemary M. Collyer

### DEFENDANT FILMON X'S REQUEST FOR ORAL ARGUMENT RE ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF THE <u>SEPTEMBER 5, 2013 PRELIMINARY INJUNCTION</u>

In light of the extreme nature of contempt, FilmOn X[1] respectfully requests the opportunity for oral argument regarding this Court's Order to Show Cause why Defendant should not be in held in contempt of the September 5, 2013 preliminary injunction. FilmOn X takes contempt seriously and requests oral argument at this time in order to address factual and other discrepancies in plaintiffs' response to this Court's order to show cause. [Dkt. 57.] FilmOn X requests a full and complete opportunity to address this Court's concerns.

---

[1] "FilmOn X" or "Defendants" refers collectively herein to defendants FilmOn X LLC, FilmOn.TV Networks, Inc., FilmOn.TV, Inc. and FilmOn.com, Inc.

FILMON X'S REQUEST FOR
ORAL ARGUMENT RE OSC

October 25, 2013

                        Respectfully submitted,

                        By: /s/ Ryan G. Baker
                           Ryan G. Baker
                           BAKER MARQUART LLP
                           10990 Wilshire Blvd., Fourth Floor
                           Los Angeles, California 90024
                           (424) 652-7811 (telephone)
                           (424) 652-7850 (facsimile)
                           Bar No.: 200344

                           /s/ Kerry J. Davidson
                           LAW OFFICE OF KERRY J. DAVIDSON
                           1738 Elton Road, Suite 113
                           Silver Spring, Maryland 20903
                           (301) 586-9516 (telephone)
                           (866) 920-1535(facsimile)
                           Bar No.: 456431

                           *Attorneys for Defendants and Counterclaim Plaintiffs FilmOn X, LLC, FilmOn.TV, Inc., FilmOn.TV Networks, Inc., and FilmOn.com, Inc.*