# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-7145**                                     **September Term, 2013**

**1:13-cv-00758-RMC**

**Filed On: July 28, 2014** [1504844]

Fox Television Stations, Inc., also known as
Fox Broadcasting Company, Inc., et al.,

       Appellees

   v.

FilmOn.TV Networks Inc., et al.,

       Appellants

------------------------------

Consolidated with 13-7146

## ORDER

Upon consideration of appellants' stipulated motion to dismiss without prejudice, it is

**ORDERED** that the motion be granted, and these cases are hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

           BY:   /s/
                    Mark A. Butler
                    Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By_____Deputy Clerk