UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>FILMON X, LLC, et al.<br><br>Defendants. | Civil Action No.  1:13-cv-00758-RMC<br>Hon. Rosemary M. Collyer |

**JOINT STATUS REPORT**

All Plaintiffs and all Defendants in this action respectfully submit this joint status report in response to the Court's July 30, 2014 Minute Order.

As this Court is aware, on September 16, 2013, Defendants appealed from the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction and related Memorandum of Opinion, and the Court's Order Denying Defendants' Motion for Reconsideration.  The United States Court of Appeals for the District of Columbia Circuit subsequently consolidated Defendants' appeals.

Thereafter, the Court stayed this case pending the outcome of the consolidated appeals (collectively, the "Appeal").  Dkt. No. 51.  On January 23, 2014, the D.C. Circuit held the Appeal in abeyance pending the United States Supreme Court's decision in *American Broadcasting Cos., et al. v. Aereo, Inc.*, Case No. 13-461.

On June 25, 2014, the United States Supreme Court issued its opinion, *American Broadcasting Cos., et al. v. Aereo, Inc.* ("*Aereo*"), 134 S.Ct. 2498 (2014).  In *Aereo*, the Supreme Court reversed the Second Circuit's decision, *WNET, Thirteen, et al. v. Aereo, Inc.*, 712 F.3d 676 (2d Cir. 2013), that had affirmed the denial of a preliminary injunction against Aereo.

On July 28, 2014, pursuant to a joint motion to dismiss filed by the parties, the D.C. Circuit dismissed the Appeal.  On July 30, 2014, this Court lifted the stay and ordered the parties to file a joint status report by August 11, 2014.

The parties have met and conferred regarding next steps in this action following the Supreme Court's *Aereo* opinion.  Both Plaintiffs and Defendants contend that certain amendments to the pleadings are appropriate in light of *Aereo*, and should be completed before proceeding forward with the case.  Plaintiffs intend to seek leave to file an amended complaint naming Alkiviades David, FilmOn's principal CEO, as a defendant in this case.  Defendants

intend to seek leave to add an affirmative defense that they are entitled to a statutory Section 111 license as a "cable system" following the *Aereo* opinion, as well as potentially other defenses and/or counterclaims.

The parties believe they may be able to stipulate to some or all their respective proposed amendments, but need to review the specific proposals before doing so.[1] Accordingly, the parties propose the following as an initial schedule in this matter:

1. On or before August 22, the parties will exchange proposed amendments to Plaintiffs' complaint, on the one hand, and Defendants' answer;

2. Thereafter, the parties shall meet and confer regarding the proposed amendments to the pleadings; and

3. On or before September 8, the parties will either submit proposed stipulations regarding their respective pleading amendments or file motions seeking leave to amend their initial pleadings in this action.

Dated: August 11, 2014

/s/ Paul Smith
Paul Smith (D.C. Bar No. 358870)
psmith@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Richard L. Stone (admitted *pro hac*)
rstone@jenner.com
Julie A. Shepard (admitted *pro hac*)

---

[1] The parties agree that they will not argue that agreement with the schedule proposed in this Joint Report impacts the other parties' substantive rights in any way.

2

jshepard@jenner.com
Amy Gallegos (admitted *pro hac*)
agallegos@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, and Fox Broadcasting Company*

Dated: August 11, 2014

/s/ Robert Alan Garrett

Robert Alan Garrett (D.C. Bar No. 239681)
Hadrian R. Katz (D.C. Bar No. 931162)
Christopher Scott Morrow (D.C. Bar No. 491925)
Murad Hussain (D.C. Bar No. 999278)
ARNOLD & PORTER LLP
555 12th St., NW
Washington, DC 20004
Telephone: (202) 942-5444
Facsimile: (202) 942-5999

James S. Blackburn (admitted *pro hac*)
james.blackburn@aporter.com
John C. Ulin (admitted *pro hac*)
john.ulin@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs NBC Subsidiary (WRC-TV) LLC, NBC Studios LLC, Universal Network Television LLC, Open 4 Business Productions LLC, Telemundo Network Group LLC, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Allbritton Communications Company, CBS Broadcasting Inc., CBS Studios Inc., and Gannett Co., Inc.*

3

Dated: August 11, 2014

/s/ Ryan G. Baker
Ryan G. Baker
BAKER MARQUART LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
(424) 652-7811 (telephone)
(424) 652-7850 (facsimile)
Bar No.: 200344

Dated: August 11, 2014

/s/ Kerry J. Davidson
Kerry J. Davidson
LAW OFFICE OF KERRY J. DAVIDSON
1738 Elton Road, Suite 113
Silver Spring, Maryland 20903
(301) 586-9516 (telephone)
(866) 920-1535(facsimile)
Bar No.: 456431

*Attorneys for Defendants and Counterclaim Plaintiffs FilmOn X, LLC, FilmOn.TV, Inc., FilmOn.TV Networks, Inc., and FilmOn.com, Inc.*