IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> FILMON X LLC, *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 13-758-RMC <br><br> **ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs and counter-defendants CBS Broadcasting Inc., NBC Studios, LLC, Universal Network Television, LLC, NBC Subsidiary (WRC-TV) LLC, Telemundo Network Group LLC, Twentieth Century Fox Film Corporation, Fox Television Stations, Inc., Fox Broadcasting Company, Disney Enterprises, Inc., American Broadcasting Companies, Inc., CBS Studios Inc., Open 4 Business Productions LLC, Albritton Communications Company, Gannett Company, Inc. (collectively, "Plaintiffs") respectfully move this Court pursuant to Federal Rules of Civil Procedure 56 for partial summary judgment on (1) their claim that defendants and counterclaimants FilmOn.TV Networks, Inc., FilmOn.TV, Inc., FilmOn.com, Inc. and FilmOn X, LLC, and defendant Alkiviades David (collectively, "FilmOnX") have infringed Plaintiffs' exclusive right of public performance under section 106(4) of the Copyright Act, 17 U.S.C. § 106(4); and (2) FilmOnX's affirmative defense and counterclaim for declaratory relief that it is entitled to a statutory (or "compulsory") license to retransmit Plaintiffs' copyrighted programming under Section 111 of the Copyright Act, 17 U.S.C. § 111 ("Section 111"). *See* FilmOnX's Answers to Second Amended Complaint, Fifteenth Affirmative Defense (filed

- 2 -

Sept. 26, 2014) (Dkts. 69 & 70); FilmOnX's Second Amended Counterclaim (filed Sept. 25, 2014) (Dkt. 67) ("Counterclaim").  A Proposed Order accompanies this Motion.

For the reasons set forth in the accompanying Memorandum of Points and Authorities (with supporting declarations, exhibits, separate statement of material undisputed facts, and other supporting papers), partial summary judgment should be granted in favor of Plaintiffs because there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law on the issues of (1) FilmOnX's infringement of Plaintiffs' exclusive right of public performance under section 106(4) of the Copyright Act, and (2) FilmOnX's Section 111 defense and counterclaim.

Pursuant to Local Civil Rule 78.1, Plaintiffs respectfully request an oral hearing on this Motion.

Date:  June 18, 2015									Respectfully submitted,

											*s/ Robert Alan Garrett*

											Robert Alan Garrett (D.C. Bar No. 239681)
											Murad Hussain (D.C. Bar No. 999278)
											ARNOLD & PORTER LLP
											555 12th St., NW
											Washington, DC 20004
											Telephone: (202) 942-5444
											Facsimile: (202) 942-5999

											James S. Blackburn (admitted *pro hac vice*)
											John C. Ulin (admitted *pro hac vice*)
											ARNOLD & PORTER LLP
											777 South Figueroa Street, 44th Floor
											Los Angeles, CA 90017
											Telephone: (213) 243-4000
											Facsimile: (213) 243-4199

											*Attorneys for Plaintiffs NBC Subsidiary (WRC-TV) LLC, NBC Studios LLC, Universal Network Television LLC, Open 4 Business Productions LLC, Telemundo Network Group LLC, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Allbritton Communications Company, CBS Broadcasting Inc., CBS Studios Inc., and Gannett Co., Inc.*

											Paul Smith (D.C. Bar No. 358870)
											JENNER & BLOCK LLP
											1099 New York Avenue, NW, Suite 900
											Washington, DC 20001-4412
											Telephone: (202) 639-6000
											Facsimile: (202) 639-6066

											Richard L. Stone (admitted *pro hac vice*)
											rstone@jenner.com
											Julie A. Shepard (admitted *pro hac vice*)
											jshepard@jenner.com
											Amy Gallegos (admitted *pro hac vice*)
											agallegos@jenner.com
											JENNER & BLOCK LLP
											633 West 5th Street, Suite 3600
											Los Angeles, CA 90071
											Telephone: (213) 239-5100
											Facsimile: (213) 239-5199

											*Attorneys for Plaintiffs Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, and Fox Broadcasting Company*

72174850