UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOX TELEVISION STATIONS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FILMON X LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 13-758 (RMC) |

**ORDER**

For the reasons set forth in the Sealed Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment, including Defendants' request to stay, Dkt. 97, is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiffs' Partial Motion for Summary Judgment, Dkt. 81, is **GRANTED IN PART** AND **DENIED IN PART**; and it is

**FURTHER ORDERED** that **PARTIAL JUDGMENT** is entered in favor of Plaintiffs as follows: (1) FilmOn X, LLC is liable for infringing Plaintiffs' exclusive right of public performance under section 106(4) of the Copyright Act, 17 U.S.C. § 106(4); and (2) Defendants' counterclaim for declaratory relief that they are entitled to a statutory or compulsory license to retransmit Plaintiffs' copyrighted programming under Section 111 of the Copyright Act, 17 U.S.C. § 111, is dismissed; and it is

**FURTHER ORDERED** that Plaintiffs' Motion for Summary Judgment on their copyright infringement claim against FilmOn.TV Networks, Inc., FilmOn.TV, Inc., FilmOn.com, Inc., and Alkiviades David is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that the parties shall file a joint proposed public version of the Sealed Opinion no later than December 1, 2015.

Date: November 12, 2015

/s/
ROSEMARY M. COLLYER
United States District Judge