**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FOX TELEVISION STATIONS, INC.,** ***et al.*****,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FILMON X, LLC,** ***et al.*****,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 13-758 (RMC)** |

**[PROPOSED] STIPULATED CONSENT JUDGMENT**
**AND PERMANENT INJUNCTION**

WHEREAS, Plaintiffs Fox Television Stations, LLC, Twentieth Century Fox Film Corporation, Fox Broadcasting Company, NBC Subsidiary (WRC-TV) LLC, Universal Television LLC, Universal Cable Productions LLC, Open 4 Business Productions LLC, Telemundo Network Group LLC, American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Broadcasting Inc., CBS Studios Inc., Tegna Inc., and Sinclair Television Stations, LLC filed the above-captioned action asserting claims of copyright infringement against Defendants FilmOn X, LLC (formerly known as Aereokiller LLC), FilmOn.TV Networks, Inc., FilmOn.TV, Inc., FilmOn.com, Inc., and Alkiviades David (the "Defendants") (Dkt. Nos. 1 and 66);

WHEREAS, on September 5, 2013, the United States District Court for the District of Columbia, the Honorable Rosemary M. Collyer, presiding, entered a preliminary injunction against Defendants and its agents, servants, employees, and attorneys, and all those acting in concert or participation with them, restraining them from streaming, transmitting, retransmitting, or otherwise publicly performing, displaying, or distributing any Copyrighted Programming over the Internet (through websites such as filmon.com or filmonx.com), via web applications

(available through platforms such as the Windows App Store, Apple's App Store, the Amazon App Store, Facebook, or Google Play), via portable devices (such as through application on devices such as iPhones, iPads, Android devices, smart phones, or tablets), or by means of any device or process (*see* Dkt. Nos. 33 and 34);

WHEREAS, on September 25, 2014, Defendants filed a second amended counterclaim alleging that FilmOn X, LLC is entitled to a compulsory copyright license to retransmit broadcast television pursuant to 17 U.S.C. § 111 (the "Section 111 Counterclaim") (Dkt. 67);

WHEREAS, on November 12, 2015, the Court entered an order on the parties' cross motions for partial summary judgment in which it dismissed the Section 111 Counterclaim (Dkt. No. 128);

WHEREAS, on January 5, 2016, the Court entered an order in which it entered a final judgment on the Section 111 Counterclaim and found there is no just reason for delay of appeal from this partial judgment under Federal Rule of Civil Procedure 54(b) (Dkt. No. 136);

WHEREAS, on January 29, 2016, Defendants appealed (Dkt. No. 140) and oral argument took place on March 17, 2017;

WHEREAS, the Parties have reached agreement for resolution of this action, the terms and conditions of which are set forth in a settlement agreement dated May11, 2017 (the "Settlement Agreement"); and

WHEREAS, the Parties' Settlement Agreement is conditioned upon entry by the Court of a stipulated consent judgment and permanent injunction and the continuing jurisdiction of the Court on the terms and conditions set forth herein;

THEREFORE, the Parties stipulate and agree that this Court has jurisdiction to enter a stipulated consent judgment and permanent injunction on the following terms and conditions and that the Court shall have continuing jurisdiction for purposes of construction, modification and

enforcement of this consent judgment and permanent injunction and the Parties' Settlement Agreement, and request that the Court enter the attached [Proposed] Consent Judgment and Permanent Injunction Pursuant to Stipulation ("Stipulated Consent Judgment and Permanent Injunction").

IT IS SO STIPULATED.

Dated: May 23, 2017

Respectfully submitted,

/s/ Julie A. Shepard

Julie A. Shepard (admitted pro hac)
jshepard@jenner.com
Richard L. Stone (admitted pro hac)
rstone@jenner.com
Amy Gallegos (admitted pro hac)
agallegos@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 2600
Los Angeles, CA 90066
Tel.: 213-239-5100
Fax: 213-230-5199
Paul Smith (D.C. Bar No. 358870)
psmith@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel.: (202) 639-6000
Fax: (202) 639-6066

*Attorneys for Plaintiffs Fox Television Stations, LLC, Twentieth Century Fox Film Corporation, and Fox Broadcasting Company*

Dated: May 23, 2017

/s/ James S. Blackburn

Robert Alan Garrett (D.C. Bar No. 239681)
Murad Hussain (D.C. Bar No. 999278)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

James S. Blackburn (admitted *pro hac*)
james.blackburn@aporter.com
John C. Ulin (admitted *pro hac*)
john.ulin@aporter.com
ARNOLD & PORTER KAYE SCHOLER LLP

777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs NBC Subsidiary (WRC-TV) LLC, Universal Television LLC, Universal Cable Productions LLC, Open 4 Business Productions LLC, Telemundo Network Group LLC, American Broadcasting Companies, Inc., Disney Enterprises, Inc., TEGNA, Inc., CBS Broadcasting Inc., CBS Studios Inc., and Sinclair Television Stations LLC*

Dated: May 23, 2017

/s/ Ryan G. Baker

Ryan G. Baker (admitted pro hac)
rbaker@bakermarquart.com
Scott M. Malzahn (admitted pro hac)
smalzahn@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
(424) 652-7800 (telephone)
(424) 652-7850 (facsimile)

Law Office of Kerry Davidson
Kerry J. Davidson
1738 Elton Road, Suite 113
Silver Spring, MD 20903
(301) 563-9816
kdavidson@selflaw.com

*Attorneys for Defendants and Counterclaim Plaintiffs FilmOn X, LLC, FilmOn.TV, Inc., FilmOn.TV Networks, Inc., and FilmOn.com, Inc. and Defendant Alkiviades David*

Pursuant to the Settlement Agreement reached between Plaintiffs and Defendants, the foregoing stipulation of the Parties, and for good cause shown, the Court hereby enters the following Stipulated Consent Judgment and Permanent Injunction:

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

1. Defendants, its affiliated companies, and all of its officers, directors, agents, servants, and employees, and all natural and corporate persons in active concert or participation or in privity with any of them (collectively, the "Enjoined Persons") ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from streaming, transmitting, retransmitting, or otherwise publicly performing, displaying, or distributing without Authorization any Copyrighted Programming over the Internet (through websites such as filmon.com or filmonx.com), via web applications (available through platforms such as the Windows App Store, Apple's App Store, the Amazon App Store, Facebook, or Google Play), via portable devices (such as through applications on devices such as iPhones, iPads, Android devices, smart phones, or tablets), or by means of any device or process, and from otherwise infringing, by any means, directly or indirectly, any of Plaintiffs' exclusive rights under Section 106 of the Copyright Act with respect to Copyrighted Programming. "Authorization" means and requires a written license from the copyright holder.

2. "Copyrighted Programming" shall mean each of those television programming works, or portions thereof, whether now in existence or later created, including but not limited to original programming, motion pictures and newscasts, in which the Plaintiffs, or any of them, (or any parent, subsidiary, or affiliate of any of the Plaintiffs) owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

3. Violation of this Stipulated Consent Judgment and Permanent Injunction shall expose Defendants and all other persons bound by this Stipulated Consent Judgment and Permanent Injunction to all applicable penalties, including contempt of Court.

4. All claims and defenses in this action are hereby resolved by this Stipulated Consent Judgment and Permanent Injunction.

5. This Court shall retain continuing jurisdiction over the Parties and the action for purposes of construction, modification, and enforcement of this Stipulated Consent Judgment and Permanent Injunction and/or enforcing the Parties' Settlement Agreement.

6. All parties are to bear their own costs.

IT IS SO ORDERED.

________________________________________

The Honorable Rosemary M. Collyer
United States District Judge

2559564